IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01005-EWN-BNB

NORMAN L. KARASA,
Trustee for the Norman L. Karasa/SEP Account,

      Plaintiff,

v.

MORGAN STANLEY DW, INC., and
MORGAN STANLEY DEAN WITTER AND CO., INC.,

      Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before the Court upon Stipulation of the parties for dismissal with prejudice,

IT IS ORDERED that the above-entitled matter is dismissed with prejudice, each party to pay his or its own costs.

IT IS FURTHER ORDERED that the trial date of March 6, 2006 is vacated.

DATED: March 2, 2006

                              BY THE COURT

                              s/ Edward W. Nottingham
                              Edward W. Nottingham
                              United States District Judge